UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH PALMER,<br><br>    Petitioner<br><br>v.<br><br>NEVADA, STATE OF, et al.,<br><br>    Respondents | Case No.: 3:17-cv-00644-HDM-WGC<br><br>**ORDER** |

    On February 6, 2019, this court granted respondents' motion to dismiss certain grounds in Kenneth Palmer's pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus (ECF No. 19). The court concluded that Palmer had not exhausted all of his grounds in state court and directed Palmer to file a declaration within 30 days indicating how he wished to proceed with respect to his unexhausted grounds. That order was served on petitioner at his address of record. On March 5, 2019, that order was returned by the U.S. Postal Service as undeliverable (ECF No. 20).

    Pursuant to Local Rule IA 3-1, a pro se litigant is required to keep the court apprised of his or her current address at all times. The rule states: "An attorney or pro se party must immediately file with the court written notification of any change of mailing address . . . . The notification must include proof of service upon each opposing party or the party's attorney.

Failure to comply with this rule may result in dismissal of the action. . . ." The court notes that the Nevada Department of Corrections website reflects that Palmer has been paroled. In any event, as petitioner has failed to file written notification of change of address with the court, this petition is dismissed with prejudice for failure to update address.

**IT IS THEREFORE ORDERED** that this petition is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

Dated: April 11, 2019.

_____
Howard D. McKibben
United States District Judge